IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 02-102-GF-BMM |
|---|---|
| Plaintiff, | CR-03-03-GF-BMM |
| | CR-03-83-GF-BMM |
| vs. | |
| | ORDER DISMISSING PETITION AND VACATING HEARING |
| LEVI S. LABUFF, | |
| Defendant. | |

Upon motion of the Defendant, Levi S. Labuff, for an Order Dismissing the Petition for Summons for Offender Under Supervision, and Vacating Hearing, there being no objection from the Government:

IT IS HEREBY ORDERED that the Petition for Summons for Offender Under Supervision is hereby dismissed;

IT IS FURTHER HEREBY ORDERED that the hearing set for Tuesday, May 5, 2020, at 2:00 p.m. is VACATED.

DATED this 5th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1